Jorge GEVARA, a/k/a Jorge Galeas,
Plaintiff—Appellant,

v.

Betty INPOLD, Defendant—Appellee,

and

Alvin William Keller, Jr.; Robert C.
Lewis; Richard Neely; Lawrence Parsons; Jeffrey T. Smith; Judy Atwater;
Dennis E. Marshall; D. House; J.
Hyatt; E. Coleman, Defendants.

No. 11–6279.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

Jorge Gevara, Appellant pro se.

Before TRAXLER, Chief Judge, and
AGEE and KEENAN, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jorge Gevara seeks to appeal the district court's order denying his motions for
reconsideration and leave to amend his
complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C.
§ 1291 (2006), and certain interlocutory
and collateral orders, 28 U.S.C. § 1292

(2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541,
545–47, 69 S.Ct. 1221, 93 L.Ed. 1528
(1949). The order Gevara seeks to appeal
is neither a final order nor an appealable
interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of
jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*DISMISSED.*